**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2014 SEP 22 A 9 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) DOCKET NO. 1:14-mj- 462 | |
| ROBERT S. WHITE | ) | |
| | ) INITIAL APPEARANCE: November 3, 2014 | |
| | ) | |

CRIMINAL INFORMATION

<u>Misdemeanor – 4410872</u>

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 26, 2014, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBERT S. WHITE, did unlawfully leave the scene of a motor vehicle accident in which he was the driver of a vehicle which struck and damaged unattended property on Fort Belvoir, Virginia, without making reasonable search and reporting the damage.

In violation of Title 18, United States Code, Section 13, assimilating Section 46.2-896, Code of Virginia 1950, as amended.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____

Fort Belvoir, VA

Date September 16, 2014

Michael R. Tregle Jr.
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax (703) 805-1042
Michael.R.Tregle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September /7 , 2014, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to Robert S. White at his address of record.

KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office